IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff-Respondent, | § § | |
| v. | § § | Cr. No. C-03-159(5) |
| | § | Civil No. C-05-165 |
| MICHAEL RONJE, | § § | |
| Defendant-Movant. | § | |

**FINAL JUDGMENT**

The Court enters final judgment denying defendant Michael Ronje's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 11th day of May, 2005.

_____
Janis Graham Jack
United States District Judge